## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY CROSS, | ) | 3:13-cv-00433-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 10, 2014 |
| RON JAEGER, et al., | ) | |
| Defendants | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>  KATIE LYNN OGDEN  </u>  REPORTER: <u>NONE APPEARING     </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                        </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                       </u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Execute Service of Summons (Doc. # 22). Plaintiff requests an order for service of process on Defendant Cheryl Burson. (*Id*.) The Office of the Attorney General did not accept service of process on behalf of Cheryl Burson who is no longer an employee of the Nevada Department of Corrections (#19). However, the Attorney General has filed the last known address of this defendant under seal (#20). If plaintiff wishes to have the U.S. Marshal attempt service on this defendant, he shall follow the instructions contained in this order.

The Clerk shall issue a summons for Cheryl Burson and send the same to the U.S. Marshal with the address provided under seal (#20). The Clerk shall also send one copy of the amended complaint (#7) and one copy of this order to the U.S. Marshal for service on the defendant. The Clerk shall send to plaintiff one USM-285 form. Plaintiff shall have until **Tuesday, September 30, 2014,** to complete the USM-285 service form and return it to the U.S. Marshal, 400 South Virginia Street, Room 201, Reno, Nevada 89501.

If plaintiff fails to follow this order, defendant Cheryl Burson may be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: <u>           /s/                              </u>
Deputy Clerk