## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY CROSS, | ) | 3:13-cv-00433-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 20, 2014 |
| | ) | |
| RON JAEGER, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

     Before the court is Plaintiff's Motion to Correct Clerical Error (Doc. # 36).  Plaintiff seeks to clarify that his action against Defendant Burson is proceeding against her in her "individual capacity." (*Id*., at 2-3)  Defendants do not oppose this motion (Doc. # 39).

     Plaintiff's motion (Doc. # 36) is **GRANTED**. Plaintiff's action against Defendant Burson shall proceed against her in her individual capacity.

     **IT IS SO ORDERED.**

                                                    LANCE S. WILSON, CLERK

                                                    By:   <u>          /s/                    </u>
                                                                 Deputy Clerk