## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY CROSS, | ) | 3:13-cv-00433-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 25, 2014 |
| | ) | |
| RON JAEGER, et al., | ) | |
| | ) | |
| Defendants | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is "Plaintiff's Motion to Strike Plaintiff's Motion to Alter or Amend Judgment." (Doc. # 44).  Plaintiff represents that his motion to alter or amend the judgment (Doc. # 40) was intended to be filed in another of his cases (3:14-cv-00434-RCJ-VPC).[1]

Plaintiff's motion to strike (Doc. # 44) is **GRANTED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk

---

[1] The docket in the 3:14-cv-434 case reflects that Plaintiff's motion to alter or amend was in fact filed on November 21, 2014.