## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY CROSS, | ) | 3:13-cv-00433-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 5, 2015 |
| | ) | |
| RON JAEGER, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

   Before the court is Plaintiff's Motion Requesting the Production of Transcripts. (Doc. # 175.) Plaintiff seeks transcripts of two discovery status conferences, March 10, 2015 (Doc. # 116) and May 22, 2015 (Doc. # 168).

   Plaintiff states the transcripts would "assist Judge Du's consideration of Plaintiff's objections" and that the transcripts would "authenticate" certain documents or "information to support his litigation during dispositive motions and trial." (Doc. # 175 at 1-2.) Plaintiff does not state who should bear the costs of transcription.  Since Plaintiff is proceeding in pro per (Doc. # 18), the court assumes Plaintiff expects either the court or Defendant Jaeger should bear the expense of preparing the transcripts.

   The court notes the minutes of the two proceedings are comprehensive and detailed.  These minutes, coupled with the parties' briefings attendant to Plaintiff's objection, should provide District Judge Miranda M. Du sufficient background on which to evaluate Plaintiff's objections.

   With regard to the "authentication" argument, the court fails to understand how a transcript would authenticate discovery responses.  The Defendant's discovery responses , which accompanied Plaintiff's numerous motions to compel and/or memoranda filed with respect to such motions, speak for themselves.

MINUTES OF THE COURT
3:13-cv-00433-MMD-WGC
Date: June 5, 2015
Page 2

The minutes of the May 22, 2015 proceeding directed Defendant to provide Plaintiff certain additional responses to discovery which will provide Plaintiff more specific information about Plaintiff's claims. Additionally, the minutes reflect that "defendant Jaeger has admitted the processing of the emergency grievance which is the gravamen of Plaintiff's action against Jaeger. (Doc. # 168 at 7, ¶ VIII.)

Therefore, the court sees no utility in having transcripts prepared as transcripts would not aid in the authentication of discovery beyond that which is already documented in the records.

Plaintiff's motion (Doc. # 175) is **DENIED.** However, the court directs the clerk to send to Plaintiff a copy of the court's docket sheet.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
Deputy Clerk