UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY CROSS, | ) | 3:13-cv-00433-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 23, 2015 |
| | ) | |
| RON JAEGER, et al., | ) | |
| | ) | |
| Defendants | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Extend the Scope of the Discovery Requests. (Doc. # 183[1]), Defendant has responded. (Doc. # 188.) No reply was filed.

The court declines to extend any further discovery into whether there was a "grievance lieutenant" or "disciplinary lieutenant" on duty when Plaintiff submitted his emergency grievance.[2] Regardless of who else in the Nevada Department of Corrections hierarchy may have been on duty, the simple fact of the matter is it was Defendant Jaeger who responded to Plaintiff's grievance. The issue before the court is whether Defendant Jaeger interfered with Plaintiff's ability to pursue a disciplinary appeal and grievance. (Screening Order, Doc. # 6 at 1.)

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
         Deputy Clerk

---

[1] Refers to court's docket number.

[2] See also this court's Order on discovery entered this date as Doc. # 192.