# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY CROSS, | ) | 3:13-cv-00433-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | August 7, 2015 |
| RON JAEGER, et al., | ) | |
| Defendants | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion Requesting Leave of the Court to Allow Plaintiff to Serve Upon the Defendant a Supplemental to the Third-Set of Request for Documents and or Information." (Doc. # 200.)

Plaintiff's motion (Doc. # 200) is **DENIED** for the reasons set forth in this court's order (Doc. # 199), which denied a similar request by Plaintiff in Doc. # 194.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk