UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY CROSS, | ) | 3:13-cv-00433-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 18, 2015 |
| | ) | |
| RON JAEGER, et al., | ) | |
| | ) | |
| Defendants | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion Requesting Clarification of this Court's Order (Doc. #199)."  (Doc. # 205.)  The court's Order (Doc. # 199) cited the Defendant's filing of Doc # 197, Notice of Compliance, upon which the order was predicated and further stated:

Defendant has admitted he processed Plaintiff's emergency grievance. Although still contending he had the requisite authority as "segregation sergeant and thus a shift supervisor for purposes of AR 740" (Doc. # 197 at 1), he admits there is no specific Nevada Department of Corrections administrative regulation or operating procedure which specifically authorized Defendant Jaeger to respond to the emergency grievance. (*Id.*)  To the extent there is any relevance what Defendant Jaeger's grant of authority was from NDOC, that issue is resolved.

* * *

Thus, in the court's mind, the issue about what authority Sgt. Jaeger had – or did not have – has been unequivocally identified. The court does not see how the additional discovery Plaintiff proposes will elucidate any additional information relevant to the only viable claims, which are "the claims under the First Amendment and Article 1, Section 9 of the Nevada Constitution against the defendants for alleged retaliation and/or interference with Plaintiff's ability to pursue a disciplinary appeal and grievance." (Doc. # 6 at 3.)

**MINUTES OF THE COURT**
3:13-cv-00433-MMD-WGC
Date:  August 18, 2015
Page 2

    The court's order is self explanatory and needs no further elaboration.

    Plaintiff's motion (Doc. # 205) is **DENIED AS MOOT.**

    **IT IS SO ORDERED.**

                                            LANCE S. WILSON, CLERK

                                   By:  _____/s/_____
                                              Deputy Clerk