# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY CROSS, | ) | 3:13-cv-00433-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 4, 2015 |
| RON JAEGER, et al., | ) | |
| Defendants | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Before the court is a letter Plaintiff Anthony Cross submitted to Lance Wilson, Clerk of the U.S. District Court. (Doc. # 216).  The letter requests the clerk's office to issue five "Notice[s] of Intent to Service Subpoena Duces Tecum."  The letter and what the court interprets as being subpoenas to Sheryl Foster, Deputy Director of the Nevada Department of Corrections (NDOC); Brian Williams, Jr., Warden of Southern Desert Correction Center; Adam Paul Laxalt, Attorney General of the State of Nevada; and Deputy Attorney General Benjamin R. Johnson have been logged as Docs. ## 216-1, 216-2; 216-3, 216-4 and 216-5.  The subpoenas purport to require production of documents in response to the subpoenas but which carry more of the characteristics of interrogatories.  The subpoenas plaintiff requests are not trial subpoenas and no trial has been set in this matter.

   Irrespective of what the documents may be seeking, Plaintiff's letter and the proposed subpoenas are merely a disguised attempt by Plaintiff to circumvent this court's multiple prior orders that discovery has been completed in this matter and the court will not again extend the discovery deadline.  See Doc, # 168 at 6, Minutes of Proceedings wherein the court denied Plaintiff's motion (Doc. # 145) to extend the discovery deadline; Doc. # 193, a Minute Order of this court denying Plaintiff's motion to extend the scope of discovery requests (Doc. # 183); an Order of the Court (Doc. # 199) denying Plaintiff's Request for Leave to Serve Upon the Defendant a third set of Request for Documents and Information (Doc. # 194); and Doc. # 201, a

Minute Order of this court denying Plaintiff's motion to allow him to serve a supplement to his Third Set of Requests for Production of Documents (Doc. # 200). The court's Order in Doc. # 199 thoroughly explained the court's rationale as to why no further discovery is appropriate in this case and the court is not inclined to change its mind in this respect.

    The Clerk is directed *not* to issue the subpoenas contained in # 216.

**IT IS SO ORDERED.**

                                          LANCE S. WILSON, CLERK

                              By: _____/s/_____
                                            Deputy Clerk