UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY CROSS, ) | 3:13-cv-00433-MMD-WGC |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | October 12, 2016 |
| ) | |
| RON JAEGER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PRESENT:** THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**     KATIE OGDEN       **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's motion to extend copy work account in the amount of $100 (ECF No. 319). Plaintiff states he has exceeded his copy work limit and needs to make copies of documents for trial. However, Plaintiff has not demonstrated why he requires 1000 pages of copy work (at $.10 a page). Defendant's opposition merely suggests a more appropriate extension in the sum of $10.00. (ECF No. 329.)

The parties have not prepared a Joint Pretrial Order, the filing of which is now not due until thirty (30) days after the pending motions have been decided and the court-ordered settlement conference has been held (ECF No. 335). There is no urgency, therefore, to increasing the copy work limit beyond a reasonable amount to enable Plaintiff to prepare for the settlement conference.

Plaintiff's motion (ECF No. 319) is **GRANTED IN PART.** Plaintiff's copy work limit shall be increased by **$15.00** (which should provide Plaintiff up to 150 copies) to allow Plaintiff to prepare for the settlement conference. The Clerk shall send a copy of this order extending copy work to the Chief of Inmate Services for NDOP (P.O. Box 7011 Carson City, NV 89702) so that the funds can be properly allocated.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
By:         /s/         
            Deputy Clerk